AARON THOMAS, JR., *versus* ROBERT SMART

JOURNAL ENTRIES (1821–26): *Journal 3:* (1) Appearance *p. 198; (2) motion to quash habeas corpus *p. 245; (3) continued *p. 259; (4) motion to quash habeas corpus withdrawn *p. 280; (5) referred *p. 328; (6) reference

rescinded, referred *p. 353; (7) judgment on award *p. 366; (8) witness fees ordered paid *p. 367; (9) witness fees ordered paid *p. 367; (10) motion to set aside judgment and award *p. 411; (11) supersedeas set aside *p. 505. *Journal 4:* (12) Motion for rule on sheriff to return alias fi. fa. MS p. 45; (13) sheriff ruled to show cause MS p. 96.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration; (4–5) pleas of non assumpsit; (6) demand for bill of particulars; (7) bill of particulars; (8) precipe for subpoena; (9) subpoena; (10) award of referees; (11) sheriff's bill of fees; (12) precipe for execution fi. fa.; (13) writ of supersedeas; (14) precipe for execution fi. fa.; (15) motion for rule on sheriff to return execution.

*1821 Calendar*, MS p. 17. Recorded in *Book B*, MS pp. 55–60.